UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    JS-6

| Case No. | CV 14-8382-DMG (Ex) | Date | December 9, 2014 |
|---|---|---|---|

| Title | Jay Greene v. K Mart Corporation, et al. |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed December 5, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By December 22, 2014 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of December 23, 2014.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The scheduling conference on December 19, 2014 is hereby VACATED.

IT IS SO ORDERED.