1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY GREENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>K MART CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 14-08382-DMG (Ex)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [15]** |

1  Having reviewed the Parties' Stipulation of Dismissal With Prejudice,

2  IT IS HEREBY ORDERED that the above-captioned action is dismissed with
3  prejudice in its entirety.  Each party is to bear his or its own respective fees and costs.
4  All pending proceedings are vacated and no further proceedings shall take place in
5  this action.

6
   IT IS SO ORDERED.
7

8
   DATED:   December 22, 2014
9

10                                           _____
                                             DOLLY M. GEE
11                                           UNITED STATES DISTRICT JUDGE

1.